THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANTHONY C. BENNETT,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, *Commissioner of Social Security*,<br><br>Defendant. | CASE NO. C12-0836-JCC<br><br>ORDER |

The Court, after consideration of Plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 20).

(2) The Commissioner's decision is REVERSED and the case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3) The Clerk is respectfully directed to send copies of this Order to the parties and to Judge Donohue.

//

//

1  DATED this 8th day of February 2013.

John C. Coughenour
UNITED STATES DISTRICT JUDGE